**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

David Harmon Hanchey
The Hanchey Law Firm
P. O. Box 2210
Lake Charles LA 70602

**REHEARING ACTION: July 9, 2008**

**Docket Number: 07   00725-CA**

**DR. DONALD FALGOUST**
**VERSUS**
**HART EYE CENTER, LLC, ET AL.**

**Appealed from Calcasieu Parish Case No. 2002-3523**

**BEFORE JUDGES:**

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. John D. Saunders**
      **Hon. Marc T. Amy**
      **Hon. Michael G. Sullivan**
      **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dr. Donald Falgoust** has this day been

      **DENIED.**
      Ezell, J., would grant rehearing.

cc: James Buckner Doyle, Counsel for the Appellee
    Albert Dale Clary, Counsel for the Appellee